**Order entered March 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00152-CV

### NORTH TEXAS MUNICIPAL WATER DISTRICT, Appellant

### V.

### JUSTIN A. JINRIGHT, ET AL., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02373-2016**

## ORDER

Before the Court is appellant's March 7, 2018 motion for extension of time to file a brief.

We **GRANT** the motion and extend the time to **March 28, 2018**. We caution appellant that

further requests for extension in this accelerated appeal will be disfavored.

/s/     ADA BROWN
        JUSTICE